IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| BACHAR HADDAD | ) | |
| | ) | No. 2-12-0102 |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP | ) | |

O R D E R

As requested in the parties' joint mediation report (Docket Entry No. 44), the telephone conference call, scheduled by order entered July 9, 2013 (Docket Entry No. 35), on November 21, 2013, is RESCHEDULED to **Tuesday, November 5, 2013, at 2:00 p.m.,** to be initiated by defendant's counsel, to address the issues raised by the parties in their joint mediation report.

If the rescheduled date and time present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge